IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01760-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 30, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| GEORGE F. LANDEGGER, *et al*., | Frank Brittin Clayton , III |
| Plaintiffs, | |
| v. | |
| HOWARD S. COHEN, *et al*., | Kelly McConney Moore |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:    1:28 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 32, filed on 3/2/2012), defendant's RESPONSE to #32 MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 41, filed on 3/26/2012), and plaintiff's REPLY to Response to #32 MOTION to Amend/Correct/Modify #1 Complaint  (Docket No. 45, filed on 4/20/2012).

Counsel for the plaintiff presents oral argument.  Mr. Clayton informs the court that he would like the court to take judicial notice of tendered documents.

Defense counsel presents oral argument.

The court cites related case law, on the record, for the parties.

**ORDERED:** For reasons as stated on the record, the plaintiff's MOTION to Amend/Correct/Modify #1 Complaint (Docket No. 32, filed on 3/2/2012) is

>	**GRANTED**. The court informs the parties that this ruling, in no way, reflects any views on the merits, lack of merits, or any challenges that can be brought pertaining to the amended Complaint. The amended Complaint shall be deemed filed **as of April 30, 2012**. Defense counsel may respond to this amended Complaint in accordance with Rule 12.

Discussion regarding the current discovery cut off date of August 31, 2012, the dispositive motions deadline of September 31, 2012, defense counsel filing a new motion to dismiss, and where the parties are at with the discovery process.

Parties advise the court that they have conferred before today's hearing and would like to request these deadlines be extended.

**ORDERED:** **On or before the close of business on May 4, 2012**, the parties shall put together and submit to the court a complete list of all who shall be disposed along with firm deposition dates for those depositions to take place.

HEARING CONCLUDED.

**Court in recess**:     **1:58 p.m.**
Total time in court:    00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.