IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01760-WJM-CBS

GEORGE F. LANDEGGER and
THE WHITTEMORE COLLECTION, LTD.,

     Plaintiffs,

v.

HOWARD S. COHEN,
DENNIS YOUNG,
ASPEN PACIFIC CAPITAL, INC., and
ASPEN PACIFIC GROUP, INC.,

     Defendants.

_____

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION
### TO MODIFY SCHEDULING ORDER

_____

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Modify Scheduling Order. Being duly advised, the Court finds good cause to grant the Motion. The Scheduling Order is therefore modified as follows:

1. Plaintiffs may take the deposition of Defendants' expert witness on December 20, 2012.

2. Plaintiffs may file their rebuttal expert disclosure by December 26, 2012.

Dated this 19TH day of December, 2012.

By the Court
Craig B. Shaffer
United States Magistrate Judge

3086077.1