IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-1760-WJM-CBS

GEORGE F. LANDEGGER and
THE WHITTEMORE COLLECTION, LTD.

      Plaintiffs,

v.

HOWARD S. COHEN,
DENNIS YOUNG,
ASPEN PACIFIC CAPITAL, INC., and
ASPEN PACIFIC GROUP, INC.

      Defendants.

---

**JOINT NOTICE OF SETTLEMENT, REQUEST TO VACATE TRIAL DATE, AND MOTION TO STAY ACTION UNTIL FEBRUARY 7, 2014**

---

Plaintiffs, through their counsel, Ryley Carlock & Applewhite, and Defendants, *pro se*, submit this Joint Notice of Settlement, Request to Vacate Trial Date, and Motion to Stay Action until February 7, 2014.

As the Court is aware, this case is set for a five-day jury trial commencing on February 10, 2014. The parties have settled the case, and the settlement has been commemorated in a written, binding, fully executed Settlement Agreement ("Agreement"). The Agreement calls for certain future acts of performance, which are not fully due until February 5, 2014. The Agreement provides that if the future acts of performance occur as agreed, then the parties will file a Stipulation of Dismissal dismissing all pending claims with prejudice. The Agreement further provides that if the future acts of performance do not

occur as agreed, then Plaintiffs may file a Stipulation for Judgment, which will resolve all pending claims by stipulation.

Thus, regardless of whether the future acts of performance occur as agreed or not, there will not be a trial in this matter. The case will be resolved by either a Stipulation for Dismissal or Stipulation for Judgment. Accordingly, the trial date can be and should be vacated.

No later than February 7, 2014, Plaintiffs' counsel will file either a Stipulation for Judgment or a Stipulation for Dismissal. In order to allow for the promised future acts of performance, and to determine whether a Stipulation for Dismissal or Stipulation for Judgment will be filed, a stay of the action to February 7, 2014, is appropriate.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court to vacate the trial date of February 10, 2014, and stay the action to February 7, 2014.

Dated this 9th day of January, 2013.

RYLEY CARLOCK & APPLEWHITE

By: /s/ F. Brittin Clayton III
F. Brittin Clayton III
Sarah K. Pallotti
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Phone: 303-863-7500

Attorneys for Plaintiffs, George F. Landegger and The Whittemore Collection, Ltd.

DEFENDANTS:

_____
HOWARD S. COHEN, *pro se*

_____
DENNIS YOUNG, *pro se*

ASPEN PACIFIC CAPITAL, INC.

By _____
Howard S. Cohen, its President

ASPEN PACIFIC GROUP, INC.

By _____
Howard S. Cohen, its President