IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-1760-WJM-CBS

GEORGE F. LANDEGGER and
THE WHITTEMORE COLLECTION, LTD.

    Plaintiffs,

v.

HOWARD S. COHEN,
DENNIS YOUNG,
ASPEN PACIFIC CAPITAL, INC., and
ASPEN PACIFIC GROUP, INC.

    Defendants.

---

## STIPULATION FOR DISMISSAL

---

Plaintiffs, through their counsel, Ryley Carlock & Applewhite, and Defendants, *pro se*, submit this Stipulation for Dismissal. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all parties hereby stipulate that all claims and causes of action in this case shall be and hereby are dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

SO STIPULATED this 10 day of February, 2014.

                                            RYLEY CARLOCK & APPLEWHITE

                                            By: */s/ F. Brittin Clayton III*
                                            F. Brittin Clayton III
                                            Sarah K. Pallotti
                                            1700 Lincoln Street, Suite 3500
                                            Denver, CO 80203
                                            Phone: 303-863-7500

                                            Attorneys for Plaintiffs, George F. Landegger
                                            and The Whittemore Collection, Ltd.

DEFENDANTS:

_____
HOWARD S. COHEN, *pro se*

_____
DENNIS YOUNG, *pro se*


ASPEN PACIFIC CAPITAL, INC.

By _____
Howard S. Cohen, its President


ASPEN PACIFIC GROUP, INC.

By _____
Howard S. Cohen, its President

2